746 F.2d 583
 James KAHOLOKULA, Plaintiff-Appellant,
v.
HULA RECORDS, INC. d/b/a/ Oahu Music Publishing and Don
McDiarmid, Jr., Defendants-Appellees.
v.
James KAHOLOKULA, Plaintiff-Appellant,
v.
OAHU MUSIC PUBLISHING, Hula Records, Inc., and Don
McDiarmid, Jr., Defendants- Appellees.
 Nos. 83-1526, 83-1591.
 United States Court of Appeals, Ninth Circuit.
 Jan. 11, 1985.
 
 Before DUNIWAY, FLETCHER and FERGUSON, Circuit Judges.
 
 ORDER
 
 1
 In light of the advice to this court that the parties have settled these cases, the appeals are dismissed and the opinion filed on November 2, 1984, is withdrawn.* The cases are remanded to the district court for such action as may be required to effect the settlement of the parties.
 
 
 
 *
 The opinions published in the advance sheet at this citation, 746 F.2d 583-587, has been withdrawn